**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Telephone Science Corporation,         Case No. 6:15-cv-00969-CEM-DAB

    Plaintiff,

v.

Hilton Grand Vacations Company, LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41**

Plaintiff, Telephone Science Corporation ("TSC"), hereby advises the Court and Defendant, Hilton Grand Vacations Company, LLC, that it is voluntarily dismissing this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff is permitted to file this notice of voluntary dismissal because Defendant has not filed an answer or motion for summary judgment in response to Plaintiff's complaint.

    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC, LPA

Date: January 10, 2017         By:  */s/ David M. Menditto*
        One of Plaintiff's Attorneys

*Of Counsel*
H. Karen Gatto, Esq.
Florida Bar No. 0190527
Hyslip & Taylor, LLC, LPA
8270 Woodland Center Blvd.
Tampa, FL 33614
(P) 800-675-5507
(E) kgatto@gattolaw.com

*Pro Hac Vice Counsel*
David M. Menditto, Esq.
Illinois Bar No. 6216541
Hyslip & Taylor, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL 60608
(P) (312) 380-6110
(F) (312) 361-3509
(E) davidm@fairdebt411.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I filed the foregoing Plaintiff's Notice of Voluntary Dismissal through the Court's electronic filing system and thereby served counsel of record as follows:

Mr. Lawrence D. Silverman
Ms. Sandra Jessica Millor
Akerman LLP
1 Southeast Third Avenue
25th Floor
Miami, Florida 33131-1714
Lawrence.Silverman@akerman.com
Sandra.Millor@akerman.com

*Local Counsel for Defendant*

Ms. Angela C. Agrusa
Mr. Nathan M. Davis
Liner LLP
14th Floor
100 Glendon Avenue
Los Angeles, California 90024-3503
Aagrusa@linerlaw.com
Ndavis@linerlaw.com

*Pro Hac Vice Counsel for Defendant*

                                            */s/ David M. Menditto*
                                              David M. Menditto