UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TELEPHONE SCIENCE**
**CORPORATION,**

       **Plaintiff,**

**v.**                                       Case No:  6:15-cv-969-Orl-41DCI

**HILTON GRAND VACATIONS**
**COMPANY, LLC,**

       **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 59). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2017.



Copies furnished to:

Counsel of Record